IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDALLAH GENDIA,<br>          Plaintiff, | CIVIL ACTION |
| v. | |
| DREXEL UNIVERSITY,<br>          Defendants. | NO.  20-1104 |

# O R D E R

**AND NOW**, this 15th day of June, 2020, upon consideration of the Third Circuit's recent decision in *Doe v. Univ. of Scis.*, 2020 WL 2786840 (3d Cir. May 29, 2020), and Defendant's discussion of *Doe* in its Reply brief (ECF 11), Plaintiff is invited to submit letter briefing by June 22, 2020 on the impact, if any, of this decision on the pending motion to dismiss.

                                                  BY THE COURT:


                                                  /s/Wendy Beetlestone, J.
                                                  _____
                                                  **WENDY BEETLESTONE, J.**