IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDALLAH GENDIA,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **DREXEL UNIVERSITY,**<br>           **Defendants.** | **NO.  20-1104** |

### O R D E R

 **AND NOW**, this 2nd day of September, 2020, upon consideration of Defendant's Motion to Dismiss (ECF 19), Plaintiff's Opposition (ECF 21), and Defendant's Reply thereto (ECF 22), **IT IS ORDERED** that Defendant's motion is **GRANTED** and that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

           **BY THE COURT:**

           /s/Wendy Beetlestone, J.

           _____
           **WENDY BEETLESTONE, J.**